THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rafael
 Escalante, Appellant.
 
 
 

Appeal From Greenville County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-714
Submitted December 1, 2008  Filed
 December 18, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Rafael Escalante appeals his conviction
 for leaving the scene of an accident involving death, arguing the trial court
 abused its discretion by refusing to declare a mistrial.  After a thorough review of the record,
 counsels brief, and Escalantes pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ.,
 concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.